FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-1624
_____

JAMAL THOMPSON,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.


November 6, 2025

PER CURIAM.

  AFFIRMED.

LEWIS, ROWE, and WINOKUR, JJ., concur.

_____

  ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jamal Thompson, pro se, Appellant.

James Uthmeier, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Appellee.